AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ballou, Robert S. | United States District Court, Western District of Virginia | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

210 Franklin Road, S.W.
Suite 344
Roanoke, Virginia 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past-president | Marlins Booster Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | Jan. 7-8, 2016 | Charlottesville, VA | Teach and judge mock trials at National Trial Advocacy Institute | One night food and lodging paid for my spouse and me. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Bank | A | Interest | L | T | | | | | |
| 2. First Citizens Bank | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank | | None | J | T | | | | | |
| 4. Equitable Variable Life Insurance | | None | K | T | | | | | |
| 5. USAA Brokerage Account (assets listed below) (H) | | | | | | | | | |
| 6. -CSX Corp. | A | Dividend | K | T | | | | | |
| 7. -Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 8. -IBM | A | Dividend | K | T | | | | | |
| 9. -Norfolk Southern Corp. | A | Dividend | K | T | | | | | |
| 10. -Sigma Aldrich Corp. | A | Dividend | | | Sold | 11/18/15 | K | E | |
| 11. Stanley Black & Decker (Tsf from Wells Fargo Brokerage - see line 26) | A | Dividend | J | T | | | | | |
| 12. -Verizon Communications, Inc. | B | Dividend | K | T | | | | | |
| 13. -Tweedy Browne Value Fund | A | Dividend | J | T | | | | | |
| 14. USAA Money Market Fund | A | Dividend | L | T | | | | | |
| 15. UTMA Account # 1 (holdings listed below) (H) | | | | | | | | | |
| 16. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 17. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -USAA Money Market | A | Dividend | J | T | | | | | |
| 19. UTMA Account # 2 (holdings listed below) (H) | | | | | | | | | |
| 20. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 21. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 22. -USAA Money Market | A | Dividend | J | T | | | | | |
| 23. UTMA Account #3 (holdings listed below) (H) | | | | | | | | | |
| 24. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 25. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 26. Wells Fargo Brokerage Account (holdings listed below)(H) - closed | | | | | | | | | |
| 27. -Hewlett-Packard Co. | A | Dividend | | | Sold | 11/30/15 | J | A | |
| 28. - Stanley Black & Decker | A | Dividend | | | Merged (with line 11) | 12/16/15 | J | | |
| 29. -Sigma Aldrich Corp. | A | Dividend | | | Sold | 11/18/15 | L | E | |
| 30. 403(b) Retirement Account (holdings listed below)(H) | | | | | | | | | |
| 31. -Goldman Sachs MidCap Value-Inst ((Formerly A Class shares) | B | Dividend | K | T | | | | | |
| 32. -Munder Mid Cap Core Growth-Y (formerly A class shares) | B | Dividend | K | T | | | | | |
| 33. -American Funds EuroPac. Growth (R6) (Formerly R4 share class | A | Dividend | K | T | | | | | |
| 34. Metropolitan West Total Return Bond Plan | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Institutional Index 500 | A | Dividend | K | T | | | | | |
| 36. | | | | | | | | | |
| 37. Vanguard Retirement Account (holdings below)(H) | | | | | | | | | |
| 38. -Vanguard Health Care Fund Investor Shares | D | Dividend | M | T | | | | | |
| 39. | | | | | | | | | |
| 40. T.Rowe Price Retirement Account (holdings below)(H) | | | | | | | | | |
| 41. -T.Rowe Price Mid-Cap Growth Fund | C | Dividend | K | T | | | | | |
| 42. -T. Rowe Price Science & Technology Fund | A | Dividend | J | T | | | | | |
| 43. -T. Rowe Price Small-Cap Stock Fund | C | Dividend | K | T | | | | | |
| 44. -T. Rowe Price Spectrum Growth Fund | B | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. Virginia 529 College Savings Plan # 1 (holdings below)(H) | | | | | | | | | |
| 47. -Va. 529 Chesapeake Fund | | None | K | T | Buy (add'l) | 12/21/15 | J | | |
| 48. Va 529 Stock Index Fund | | None | J | T | Buy (add'l) | 12/21/15 | J | | |
| 49. -Va. 529 Aggressive Growth Fund | | None | K | T | Buy (add'l) | 12/21/15 | J | | |
| 50. | | | | | | | | | |
| 51. Virginia 529 College Savings Plan # 2 (holdings below)(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Va. 529 Chesapeake Fund | | None | K | T | Buy (add'l) | 12/21/15 | J | | |
| 53. Va 529 Stock Index Fund | | None | J | T | Buy (add'l) | 12/21/15 | J | | |
| 54. -Va. 529 Aggressive Growth Fund | | None | K | T | Buy (add'l) | 12/21/15 | J | | |
| 55. Virginia 529 College Savings Plan # 3 (holdings below)(H) | | | | | | | | | |
| 56. -Va. 529 Chesapeake Fund | | None | K | T | Buy (add'l) | 12/21/15 | J | | |
| 57. Va 529 Stock Index Fund | | None | J | T | Buy | 12/21/15 | J | | |
| 58. -Va. 529 Aggressive Growth Fund | | None | K | T | Buy (add'l) | 04/10/15 | J | | |
| 59. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 60. | | | | | | | | | |
| 61. USAA SEP Acct. - formerly Morgan Stanley SEP (holdings below)(H) | | | | | | | | | |
| 62. -Morgan Stanley Bank, N.A. | A | Dividend | | | Sold | 12/10/15 | J | A | |
| 63. -USAA Money Market | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 64. -AQR Managed Futures Strategy | A | Dividend | J | T | | | | | |
| 65. | | | | | Sold (part) | 04/17/15 | J | A | |
| 66. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 67. -Blackrock Low Dur. BD Inv. (Institutional Shs.) | A | Dividend | J | T | | | | | |
| 68. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 70. -Causeway Int'l Value | B | Dividend | L | T | | | | | |
| 71. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 72. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 73. -Center Coast MLP | A | Dividend | | | | | | | |
| 74. | | | | | Sold (part) | 04/17/15 | J | A | |
| 75. | | | | | Sold | 08/14/15 | J | A | |
| 76. -Deleware Investment Small Cap Value | A | Dividend | J | T | | | | | |
| 77. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 78. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 79. -EV Income Fund of Boston | A | Dividend | J | T | | | | | |
| 80. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 81. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 82. -Eaton Vance Commodity Strategy | A | Dividend | | | Sold | 04/17/15 | J | A | |
| 83. -Goldman Sachs Absolute Return | B | Dividend | | | Sold | 04/17/15 | L | A | |
| 84. -ING Global Real Estate Fund (Re-named Voya Global Real Estate) | A | Dividend | J | T | | | | | |
| 85. | | | | | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 08/14/15 | J | A | |
| 87. -Invesco Premier | A | Dividend | | | Sold | 08/14/15 | J | A | |
| 88. -Ivy Mid Cap Growth | A | Dividend | J | T | | | | | |
| 89. | | | | | Sold (part) | 04/17/15 | J | A | |
| 90. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 91. -John Hancock Displicined Value (Inst. Shs.) | B | Dividend | K | T | | | | | |
| 92. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 93. | | | | | Sold (part) | 08/14/15 | J | A | |
| 94. -John Hancock Seaport CL 1 | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 95. -JP Morgan Dynamic Small Cap Growth | B | Dividend | J | T | | | | | |
| 96. | | | | | Sold (part) | 04/17/15 | J | A | |
| 97. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 98. -Legg Mason WA Emerg. Mkts. | A | Dividend | | | | | | | |
| 99. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 100. | | | | | Sold | 08/14/15 | J | A | |
| 101. -Mainstay Large Cap Growth | | None | K | T | | | | | |
| 102. | | | | | Buy (add'l) | 04/17/15 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 05/20/15 | K | D | |
| 104. | | | | | Sold (part) | 08/14/15 | J | B | |
| 105. -Managers AMG System Mid-Cap Value - Renamed to AMG Systematic | A | Dividend | J | T | | | | | |
| 106. | | | | | Sold (part) | 04/17/15 | J | A | |
| 107. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 108. -Metropolitan West Total Return | A | Dividend | K | T | | | | | |
| 109. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 110. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 111. -Pimco Foreign Bond Fund | A | Dividend | J | T | | | | | |
| 112. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 113. -Pimco Short Term Foreign Bond Fund | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 114. -Riverpartk/Wedgewood Instl. | A | Dividend | K | T | Buy | 05/20/15 | K | | |
| 115. | | | | | Sold (part) | 08/14/15 | J | A | |
| 116. Virtus Insight Emerging Markets | A | Dividend | K | T | | | | | |
| 117. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 118. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 119. USAA Roth IRA - formerly - Morgan Stanley Roth IRA (holdings below)(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Citibank Deposit Program | A | Int./Div. | | | Sold | 12/10/15 | J | A | |
| 121. USAA Money Market | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 122. -AQR Managed Futures Strategy | A | Dividend | J | T | | | | | |
| 123. | | | | | Sold (part) | 04/17/15 | J | A | |
| 124. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 125. -Blackrock Low Duration Bnd. Fund | A | Dividend | J | T | | | | | |
| 126. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 127. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 128. -Causeway Int'l Value Fund | A | Dividend | J | T | | | | | |
| 129. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 130. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 131. -Center Coast MLP | A | Dividend | J | T | | | | | |
| 132. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 133. | | | | | Sold (part) | 08/14/15 | J | A | |
| 134. -Deleware Inv. Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 135. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 136. -EV Income Fund of Boston | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 138. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 139. -EV Commodity Strategy | A | Dividend | | | | | | | |
| 140. | | | | | Sold | 04/17/15 | J | A | |
| 141. -Goldman Sachs Absolute Return | A | Dividend | | | | | | | |
| 142. | | | | | Sold | 04/17/15 | J | A | |
| 143. -ING Global Real Estate Fund (Renamed-Voya Global Real Estate) | A | Dividend | J | T | | | | | |
| 144. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 145. | | | | | Sold (part) | 08/14/15 | J | A | |
| 146. -Invesco Premier Institutional | | | | | | | | | |
| 147. | | | | | Sold | 08/14/15 | J | A | |
| 148. -Ivy Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 149. | | | | | Sold (part) | 04/17/15 | J | A | |
| 150. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 151. -John Hancock Disciplined Value Fund | A | Dividend | J | T | | | | | |
| 152. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 153. | | | | | Sold (part) | 08/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -JP Morgan Dynamic Small Cap Growth | A | Dividend | J | T | | | | | |
| 155. | | | | | Sold (part) | 04/17/15 | J | A | |
| 156. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 157.  -Legg Mason WA Emerginng Markets | A | Dividend | J | T | | | | | |
| 158. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 159. | | | | | Sold (part) | 08/14/15 | J | | |
| 160.  -Mainstay Large Cap Growth | A | Dividend | J | T | | | | | |
| 161. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 162. | | | | | Sold (part) | 05/20/15 | J | A | |
| 163. | | | | | Sold (part) | 08/14/15 | J | A | |
| 164.  -Managers Systematic Mid-Cap. Value- Renamed AMG Systematic Mid | A | Dividend | J | T | | | | | |
| 165. | | | | | Sold (part) | 04/17/15 | J | A | |
| 166. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 167.  -Metropolitan West Total Return | A | Dividend | J | T | | | | | |
| 168. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 169. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 170.  Pimco Foreign Bond Fund | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 172. -PIMCO Short Term bond Fund | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 173. Riverpark/Westwood Fund | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 174. | | | | | Sold (part) | 08/14/15 | J | A | |
| 175. -Virtus Insight Emerging Markets | A | Dividend | J | T | | | | | |
| 176. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 177. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 178. USAA Trad. IRA former Morg. Stan. Trad. IRA No. 2 (holdings below)(H) | | | | | | | | | |
| 179. -Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 180. -Citibank Bank Deposit Program | A | Dividend | J | T | | | | | |
| 181. | | | | | | | | | |
| 182. Payflex HSA - formerly AETNA HSA | A | Interest | K | T | | | | | |
| 183. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 229 - 235 on the 2013 report reflected the sale of all stocks in the Morgan Stanley Traditional IRA No. 1. This account was closed with the sale of these stocks, but the report failed to reflect on line 229 that the account was closed. All proceeds were folded into the SEP IRA which began reporting on line 73 of the 2013 report. Please accept this as an amendment to my 2013 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert S. Ballou**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544